**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000032**
**24-JUL-2025**
**09:02 AM**
**Dkt. 32 OGMD**

NO. CAAP-25-0000032


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A,
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,
Plaintiff/Counterclaim Defendant-Appellee, v.
STANLEY K. LEANIO; AS CO-SPECIAL ADMINISTRATOR FOR
THE ESTATE OF WILLIAM KAMAI LEANIO;
DONNA-LEE LEANIO, AS CO-SPECIAL ADMINISTRATOR FOR
THE ESTATE OF WILLIAM KAMAI LEANIO;
MONA LISA TOTH, AS SPECIAL CO-ADMINISTRATOR FOR THE ESTATE OF
WILLIAM KAMAI LEANIO, Defendants-Appellees, and
ABS LOAN TRUST, Defendant/Crossclaim Defendant-Appellee,
and CITY AND COUNTY OF HONOLULU,
Defendant/Counterclaimant/Crossclaimant-Appellee,
and WEST LOCH FAIRWAYS ASSOCIATION; Defendant/Crossclaim
Defendant-Appellee, and LAUNANI ASSETS, LLC,
Defendant/Crossclaim Defendant-Appellant, and
ROCHELLE NAPUANANI ITO AS CO-SUCCESSOR TRUSTEE OF THE WILLIAM
KAMAI LEANIO TRUST UNDER AN UNRECORDED TRUST INSTRUMENT DATED
JANUARY 28, 2006 AND THE THERESA MAY LEANIO TRUST UNDER AN
UNRECORDED TRUST INSTRUMENT DATED JANUARY 28, 2006,
Defendant-Appellee, and
REYLENE JENNIFER IDICA AS CO-SUCCESSOR TRUSTEE OF THE WILLIAM
KAMAI LEANIO TRUST UNDER AN UNRECORDED TRUST INSTRUMENT DATED
JANUARY 28, 2006 AND THE THERESA MAY LEANIO TRUST UNDER AN
UNRECORDED TRUST INSTRUMENT DATED JANUARY 28, 2006,
Defendant/Crossclaim Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC131002313)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Defendant/Crossclaim Defendant-Appellant Launani Assets LLC's (Launani) July 14, 2025 Motion for Dismissal and Fourth Extension of Time to File Opening Brief, the papers in support, and the record, it appears that Launani seeks to dismiss this appeal or, alternatively, an extension of time to file the opening brief. Because the court will grant the request to dismiss the appeal, we need not address the request for an extension of time.

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b). The parties shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, July 24, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge